**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CARMEL MARY-HILL, | |
| Plaintiff, | 2:19-cv-01766-JAD-DJA |
| vs. | **ORDER** |
| RED ROCK COUNTY CLUB, | |
| Defendants. | |

Before the court is Defendant's Motion for Leave for Insurance Representative to Appear Telephonically at the Early Neutral Evaluation (ECF NO. 11).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Leave for Insurance Representative to Appear Telephonically at the Early Neutral Evaluation (ECF NO. 11) is scheduled for 3:00 PM, February 21, 2020, in Courtroom 3D.

DATED this 21st day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE