# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CARMEL MARY-HILL,

    Plaintiff,

vs.

RED ROCK COUNTY CLUB,

    Defendants.

2:19-cv-01766-JAD-DJA

**AMENDED ORDER**

Before the court is Defendant's Motion for Leave for Insurance Representative to Appear Telephonically at the Early Neutral Evaluation (ECF NO. 11).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Leave for Insurance Representative to Appear Telephonically at the Early Neutral Evaluation (ECF NO. 11) is scheduled for 3:00 PM, February 24, 2020, in Courtroom 3D.

DATED this 21st day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE