# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CARMEL MARY-HILL,

    Plaintiff,

vs.

RED ROCK COUNTY CLUB,

    Defendant.

2:19-cv-01766-JAD-DJA

**ORDER**

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the in-person continued Early Neutral Evaluation set for May 4, 2020, is VACATED.

IT IS FURTHER ORDERED that an in-chambers telephonic hearing, regarding the continued Early Neutral Evaluation session, is scheduled for 10:30 AM, May 4, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 2nd day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE