Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar #11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535 / F: (702) 363-2534

Attorneys for Defendant, RED ROCK COUNTRY CLUB

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARMEL MARY-HILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RED ROCK COUNTRY CLUB, A Business organization, form unknown; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-01766-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RED ROCK COUNTRY CLUB**<br><br>ECF No. 40 |

**IT IS HEREBY STIPULATED** by and between Plaintiff, CARMEL MARY-HILL ("Plaintiff"), by and through her counsel of record, F. Travis Buchanan, Esq. of F. TRAVIS BUCHANAN, ESQ., & ASSOC., and Defendant RED ROCK COUNTRY CLUB, by and through its counsel of record, Sarai L. Brown, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff CARMEL MARY-HILL against Defendant RED ROCK COUNTRY CLUB and any amendments thereafter, are hereby dismissed with prejudice against RED ROCK COUNTRY CLUB. Each party to bear their own attorneys' fees and costs.

///

IT IS SO STIPULATED.

DATED this ___ day of September, 2021.  DATED this 2nd day of September, 2021.

SKANE MILLS LLP                          F. TRAVIS BUCHANAN, ESQ.

/s/
By:_____             By:_____
Elizabeth A. Skane, Esq. (Bar #7181)     F. Travis Buchanan, Esq. (Bar #9371)
eskane@skanemills.com                    Travis@Ftblawlv.com
Sarai L. Brown, Esq. (Bar #11067)        701 E. Bridger Ave., Ste. 540
sbrown@skanemills.com                    Las Vegas, Nevada 89101
1120 Town Center Dr., Ste. 200
Las Vegas, Nevada 89144                  *Attorney for Plaintiff,*
                                         CARMEL MARY-HILL
*Attorneys for*
RED ROCK COUNTRY CLUB

## ORDER

Based on the parties' stipulation **[ECF No. 40]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 7, 2021